## Joseph Shadauski, otherwise known as Joseph Schultz, Appellant, v. Chicago Railways Company, Appellee.

### Gen. No. 22,186.    (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. RICHARD S. TUTHILL, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1916. Affirmed. Opinion filed April 10, 1917.

### Statement of the Case.

Action by Joseph Shadauski, otherwise known as Joseph Schultz, plaintiff, against the Chicago Railways Company, defendant, to recover damages for personal injuries received while working as car repairer for defendant street railroad. From a judgment against plaintiff for costs, plaintiff appeals.

WYMAN, JURGENS & CARPENTER, for appellant.

J. R. GUILLIAMS and FRANK L. KRIETE, for appellee.

MR. JUSTICE McDONALD delivered the opinion of the court.

### Abstract of the Decision.

MASTER AND SERVANT, § 697*—*when evidence insufficient to show negligence of street car repair foreman in handling trolley pole while employee is on ladder on side of car.* In an action for personal injuries by a street car repairer employed by the defendant street car company, where the declaration alleged that while plaintiff was stepping from a ladder, leaning against a car, to the roof of such car, a foreman negligently caught hold of the broken trolley pole and pulled it down so violently that the car rocked, whereby the ladder slipped and plaintiff was thrown, and plaintiff testified that the foreman loosened the pole and let it go up easy, and the sole negligence relied upon was the manner in which the foreman handled the pole, *held* that the evidence wholly failed to sustain the charge of negligence, but that on the contrary it tended to show that the foreman was free from any negligence in handling the pole.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.